Cardillo & Corbett
Attorneys for Plaintiff
Palmyra Shipping & Chartering Limited
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
James P. Rau (JR 7209)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PALMYRA SHIPPING & CHARTERING       :
LIMITED,                            :
                                    :
                    Plaintiff,      :    **ECF**
                                    :    **RULE 7.1 STATEMENT**
            -against-               :
                                    :
BORGSHIP TANKERS,                   :
                                    :
                    Defendant.      :
------------------------------------x

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff, PALMYRA SHIPPING & CHARTERING LIMITED (a private non-governmental party), certifies that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated:   New York, New York
         March 27, 2008

                                    CARDILLO & CORBETT
                                    Attorneys for Plaintiff
                                    PALMYRA SHIPPING & CHARTERING
                                    LIMITED

                                    By: _____
                                         James P. Rau (JR 7209)