UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-08

------------------------------

PALMYRA SHIPPING & CHARTERING
LIMITED,

                      Plaintiff,

      -against-

BORGSHIP TANKERS,

                     Defendant.

------------------------------x

:
:  **ECF**
:  **ORDER FOR PROCESS**
:  **OF MARITIME ATTACHMENT**
:  08 Civ. 3140 (LHK)
:
:
:
:

      **WHEREAS**, on March 27, 2008, Plaintiff, PALMYRA
SHIPPING & CHARTERING LIMITED, filed a Verified Complaint
herein for damages amounting to $209,883.52 inclusive of
interest and praying for the issuance of Process of Maritime
Attachment and Garnishment pursuant to Rule B of the
Supplemental Rules for Certain Admiralty and Maritime Claims of
the Federal Rules and Civil Procedure; and

      **WHEREAS**, the Process of Maritime Attachment and
Garnishment would command that the United States Marshal or
other designated process server attach any and all of the
Defendant's property within the District of this Court; and

      **WHEREAS**, the Court has reviewed the Verified
Complaint and the Supporting Affidavit, and the conditions of
Supplemental Rule B appearing to exist, it is hereby

      **ORDERED**, that Process of Maritime Attachment and
Garnishment shall issue against all tangible or intangible
property belonging to, claimed by or being held for the

Defendant by any garnishees within this District, including but
not limited to, ABN Amro Bank NV, American Express Bank, Banco
Popular, Bank Leumi, Bank of America, Bank of China, Bank of
Communications Co. Ltd. New York Branch, Bank of New York,
Barclays Bank, BNP Paribas, Calyon, Citibank, Commerzbank,
Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard
Chartered Bank, Societe Generale, UBS AG and/or Wachovia Bank,
in an amount up to and including $209,883.52, pursuant to Rule
B of the Supplemental Rules for Certain Admiralty and Maritime
Claims of the Federal Rules of Civil Procedure; and it is
further

**ORDERED** that any person claiming an interest in the
property attached or garnished pursuant to said order shall,
upon application to the Court, be entitled to a prompt hearing
at which the Plaintiff shall be required to show cause why the
attachment and garnishment should not be vacated or other
relief granted; and it is further

**ORDERED** that supplemental process enforcing the
Court's Order may be issued by the Clerk upon application
without further Order of the Court; and it is further

**ORDERED** that following initial service by the United
States Marshal or other designated process server upon each
garnishee, that supplemental service of the Process of Maritime
Attachment and Garnishment, as well as this Order, may be made

2

by way of facsimile transmission or other verifiable electronic means, including e-mail, to each garnishee provided the garnishee agrees to accept service in this manner; and it is further

**ORDERED** that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent to accept service by any other means; and it is further

**ORDERED** that a copy of this Order be attached to and served with said Process of Maritime Attachment and Garnishment.

Dated: New York, New York
       March **27**, 2008

SO ORDERED:

U.S.D.J.

3