```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PALMYRA SHIPPING & CHARTERING
LIMITED,
                                    :    ECF
                Plaintiff,          :    ORDER APPOINTING
                                    :    PERSON TO SERVE
        -against-                   :    PROCESS
                                    :    08 Civ. 3140 (LAK)
BORGSHIP TANKERS,                   :
                                    :
                Defendant.          :
------------------------------------x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-08

    Upon motion of the Plaintiff for an order appointing James P. Rau, Tulio R. Prieto, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process in this action, and

    Upon reading the Affidavit of James P. Rau, sworn to March 27, 2008, and good cause having been shown,

    IT IS ORDERED that James P. Rau, Tulio R. Prieto, Enmanuel O. Suarez, Cesar H. Castro, or any other partner, associate, paralegal or other agent of Cardillo & Corbett be and is hereby appointed to serve the Verified Complaint, Process of Maritime Attachment and Garnishment, Interrogatories and other process upon the Defendant herein and upon the garnishees.

Dated: New York, New York
    March 27, 2008

                      _____
                       United States District Judge