Cardillo & Corbett
Attorneys for Plaintiff
Palmyra Shipping & Chartering Limited
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
Fax: (212) 797-1212
James P. Rau (JR 7209)


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
PALMYRA SHIPPING & CHARTERING          :
LIMITED,                               :
                                       :   **ECF**
              Plaintiff,               :   **AFFIDAVIT PURSUANT**
                                       :   **TO SUPPLEMENTAL**
         -against-                     :   **RULE B**
                                       :   08 Civ. 3140 (LAK)
BORGSHIP TANKERS,                      :
                                       :
              Defendant.               :
---------------------------------------x


STATE OF NEW YORK  )
                   : ss.:
COUNTY OF NEW YORK )

   JAMES P. RAU, being duly sworn, deposes and says:

   1. I am a member of the Bar of this Court and a member of the firm of Cardillo & Corbett, attorneys for the Plaintiff herein. I am familiar with the facts of this case and make this affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil

Procedure.

2. I have attempted to locate defendant, BORGSHIP TANKERS, within this District. As part of my investigation to locate the Defendant within this District, I examined the telephone company information directory, as well as the white and yellow pages of New York listed on the Internet or World Wide Web, and did not find any listing for the Defendant.

3. The database of the office of the New York State Secretary of State was searched to determine if Defendant is qualified to do business in New York, without result.

4. On information and belief, Defendant, BORGSHIP TANKERS, was and still is, a foreign corporation, or other business entity, organized under, and existing by virtue of foreign law, with an address at Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands MH96960.

5. In consequence of these inquiries your deponent believes that the Defendant cannot be found within the Southern District of New York.

6. Upon information and belief, Defendant has, or will have during the pendency of this action, tangible and intangible property within the District in the hands of ABN Amro Bank NV, American Express Bank, Banco Popular, Bank Leumi, Bank of America, Bank of China, Bank of Communications Co. Ltd. New York Branch, Bank of New York, Barclays Bank, BNP Paribas,

Calyon, Citibank, Commerzbank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Standard Chartered Bank, Societe Generale, UBS AG and/or Wachovia Bank, in the form of accounts and/or fund transfers identified as follows:

    a)    accounts in the name of BORGSHIP TANKERS, or

    b)    electronic funds transfers listing BORGSHIP TANKERS, as a beneficiary of the funds transfer, or

    c)    electronic funds transfers showing BORGSHIP TANKERS, as the remitting party or ordering customer.

7. This is Palmyra Shipping & Chartering Limited's first request for this relief.

WHEREFORE, PALMYRA SHIPPING & CHARTERING LIMITED respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of BORGSHIP TANKERS's tangible and intangible property within this District.

_____
JAMES P. RAU

Sworn to before me this
27th day of March, 2008

_____
NOTARY PUBLIC

CHRISTOPHIL B. COSTAS
Notary Public, State of New York
No. 31-0773693
Qualified in New York County
Commission Expires April 30, 2011

3