# CARDILLO & CORBETT

ROBERT V. CORBETT
CHRISTOPHIL B. COSTAS
TULIO R. PRIETO
JAMES P. RAU

29 BROADWAY

NEW YORK, NY 10006

(212) 344-0464

FAX. (212) 797-1212/509-0961

E-MAIL: CC@CARDILLOCORBETT.COM

FRANCIS H. McNAMARA
COUNSEL

JOSEPH CARDILLO, JR.
(1913-1980)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/08

May 7, 2008

**BY HAND**

Honorable Lewis A. Kaplan
United States District Judge
United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007

Re: Case No. 08 Civ. 3140 (LAK)
Palmyra Shipping & Chartering Limited
v. Borgship Tankers
Our File No.: E-582

Honorable Sir:

We are the attorneys for the plaintiff in the captioned action. We respectfully request an adjournment of the initial pretrial conference scheduled for May 9, 2008 at 10:00 a.m. The defendant has not appeared in this Admiralty Rule B maritime action.

The complaint in this matter asserts a maritime claim for breach of charter party. In its complaint, the plaintiff sought and the Court granted an Order of Maritime Attachment dated March 27, 2008. Pursuant to that Order, the plaintiff has attached $209,883.52 in funds belonging to defendant representing the full amount set forth in the Order.

The plaintiff has commenced arbitration against the defendant in London as provided in the Charter Party, and we understand that the defendant has appeared in and is defending those proceedings. If an award is obtained in London, plaintiff expects to petition the Court to confirm the award and enforce the judgment against the funds attached in these proceedings.

The Clerk of Court is directed to place this case on my suspense docket.

So Ordered: _____, U.S.D.J.

Hon. Lewis A. Kaplan

**MEMO ENDORSED**