UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
PALMYRA SHIPPING & CHARTERING
LIMITED,

              Plaintiff,

    v.

BORGSHIP TANKERS,

             Defendant.
------------------------------------x

**NOTICE OF DISMISSAL
PURSUANT TO FRCP
RULE 41(a)(1)**
08 Civ. 3140 (LAK)

PLEASE TAKE NOTICE that the captioned action is hereby dismissed without prejudice. The defendant has not appeared or served an answer in this action.

Dated:   New York, New York
          June 2, 2008

CARDILLO & CORBETT
Attorneys for Plaintiff
PALMYRA SHIPPING & CHARTERING
LIMITED

By: _____
    James P. Rau (JR 7209)

Office and P.O. Address
29 Broadway, Suite 1710
New York, New York 10006
Tel: (212) 344-0464

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

6/3/08

U.S.D.J.